Accordingly, I would affirm the opinion and order of the Superior Court, which found that the trial court erred in trying appellee in absentia, and remand for a new trial.

ZAPPALA, J., joins in this Dissenting Opinion.

619 A.2d 1354

**Bessie M. BRISTOW**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY and the City of Philadelphia and the Commonwealth of Pennsylvania, Department of Transportation.**

**Appeal of SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY.**

**Marie YACKOBOVITZ and Edward Yackobovitz**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY, Commonwealth of Pennsylvania, Department of Transportation, and City of Philadelphia.**

**Appeal of: CITY OF PHILADELPHIA (at No. 17).**

**Appeal of SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (at No. 18).**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1993.

Decided Feb. 17, 1993.

Reargument Denied July 8, 1993.

John M. Phelan, Richard Biedrzycki, Joan A. Zubras, for Southeastern Pennsylvania Transp. Authority.

Robert A. McEtter, for B. Bristow.

Brian Wiley, Atty. Gen. Office, Alton G. Grube, for Pennsylvania Dept. of Transp.

Alan Ostrow, Charissee Lillie, for City of Philadelphia.

Eric G. Marttilla, for Yackobovitz.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.